# GUITTARD & HYDEN
## A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
1330 TWO ENERGY SQUARE
4849 GREENVILLE AVENUE
DALLAS, TEXAS 75206

JOE BAILEY HYDEN
BOARD CERTIFIED (1978) - CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

PHONE (214) 692-7866
TELECOPIER (214) 692-7897

July 22, 2015

Via FEDEX
Cathy S . Lusk
Clerk , Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler , Texas 75702

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUL 2 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Re : Case Number :12 - 15-00117 - CV
Trial Court Case Number 10- 00927

Style :  Southern Methodist Uni versity
v .

Rio Brazos Energy Co .

Dear Ms. Lusk :

Enclosed is this firm's check for $10 as filing fee for AGREED
MOTION TO SET ASIDE THE TRIAL COURT ' S JUDGMENT.

Yours Truly :

Guittard & Hyden, P.C.

By: _____
Joe Bailey Hyden
State Bar No. 10373000
1330 Two Energy Square
4849 Greenville Avenue
Dallas, Texas  75206
Telephone (214) 692-7866
Fax (214) 692-7897
Attorney for SMU
joehyden@hotmail.com

cc :

R. Paul Elliott
R. Paul Elliott, Attorney At Law, P.C.

Page 1 of  2

128 E. Dallas Street,
Canton, Texas 75103
State Bar No. 24008606
903.567.4141
FAX: 903.567.6228
rpe@elilaw.co